# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

---------------------------------------------------------------X
| | | |
|---|---|---|
| LONG-TERM CAPITAL MANAGEMENT LP | : | Civil Number |
| | : | 3:01-CV-01292 (JBA) |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA | : | |
| | : | |
| Defendant | : | JUNE 23, 2004 |

---------------------------------------------------------------X

## MOTION TO WITHDRAW APPEARANCE

The undersigned counsel respectfully requests to withdraw his Appearance in this matter for the Plaintiff, Long-Term Capital Management LP. Said Plaintiff will remain represented by the following attorneys at Whitman Breed Abbott & Morgan LLC: Charles W. Pieterse and Michael F. Cavolo.

                                THE PLAINTIFF


                                BY _____
                                   Maciej A. Piatkowski (ct21555)
                                   Whitman Breed Abbott & Morgan LLC
                                   100 Field Point Rd.
                                   Greenwich, CT 06830
                                   Tel. 203-869-3800
                                   Fax 203-869-1951
                                   mpiatkowski@wbamct.com

53713

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing Motion to Withdraw Appearance was sent by first class mail, postage prepaid, on June 23, 2004 to the following:

Charles P. Hurley
U.S. Department of Justice
P.O. Box 7238
Washington, DC  20044

John B. Hughes
U.S. Attorney's Office
157 Church Street, 23rd Floor
P.O. Box 1824
New Haven, CT 06510

                                                                           _____
                                                                           Maciej A. Piatkowski